IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**SAM W. LEE**                                                                                   **PLAINTIFF**

**v.**                                                       **No. 1:20CV118-JMV**

**CHICKASAWA COUNTY REGIONAL
CORRECTIONAL FACILITY, ET AL.**                                        **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

    **SO ORDERED**, this, the 2nd day of September, 2020.

                                                                      /s/ Jane M. Virden
                                                                      UNITED STATES MAGISTRATE JUDGE